UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED

MAY 22 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.   INDICTMENT NO. 6:25-CR-53-REW

**ROBERT D. ALLEN,**
**REBECCA A. GARLANDIOS, and**
**LARRY E. ELLISON**

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
### 21 U.S.C. 846

From on or about a date in January 2024, and continuing through on or about December 19, 2024, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**ROBERT D. ALLEN,**
**REBECCA A. GARLANDIOS, and**
**LARRY E. ELLISON**

did conspire together and with others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about January 23, 2024, in Pulaski County, in the Eastern District of

Kentucky,

**ROBERT D. ALLEN**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about January 23, 2024, in Pulaski County, in the Eastern District of Kentucky,

**REBECCA A. GARLANDIOS**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about December 19, 2024, in Pulaski County, in the Eastern District of Kentucky,

**LARRY E. ELLISON**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853

1. By virtue of the commission of the felony offenses alleged in Counts 1, 2, 3, and 4 of the Indictment, **ROBERT D. ALLEN, REBECCA A. GARLANDIOS, and LARRY E. ELLISON** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 846 and 841. Any and all interest that **ROBERT D. ALLEN, REBECCA A. GARLANDIOS, and LARRY E. ELLISON** have in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following items seized on or about January 23, 2024:

### CURRENCY:

$8,409 in United States currency.

3. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

_____
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

A TRUE BILL

███████████████████

FOREPERSON

## PENALTIES

### COUNTS 1-3:

Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

### COUNT 4:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **IF PRIOR CONVICTION FOR A FELONY DRUG OFFENSE:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.

**PLUS:** Restitution, if applicable.